IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02560-CMA-MJW

KRISTIN PUNT,

Plaintiff(s),

v.

KELLY SERVICES and
GE CONTROLS SOLUTIONS,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion to Compel Defendant Kelly to Respond to Plaintiff's Third Request for Production of Documents (docket no. 31) is DENIED because such request for production of documents is clearly overly broad and unduly burdensome.

Date: June 10, 2015