### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 14-cv-02560-CMA-MJW

KRISTIN PUNT,

    Plaintiff,

v.

KELLY SERVICES, and
GE CONTROLS SOLUTIONS,

    Defendants.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Christine M. Arguello on January 6, 2016, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendants Kelly Services and GE Controls Solutions' Motions for Summary Judgment are GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants Kelly Services and GEControls Solutions and against Plaintiff Kristin Punt. It is

FURTHER ORDERED that Defendants Kelly Services and GE Controls Solutions shall have their costs by the filing of a Bill of Costs with the Clerk of this Court

within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 58(a) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that each party shall bear its own attorney fees.  It is

FURTHER ORDERED that Plaintiff's Complaint and this civil action are DISMISSED with prejudice.

DATED January 6, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ V. Barnes
V. Barnes,
Deputy Clerk