# EXHIBIT B



**Mile High**
Court Reporting & Video, Inc.

14143 Denver West Parkway
Suite 100
Golden, Colorado 80401
(303) 202-0210
(303) 205-0034 fax
EIN # 26-0486204

# Invoice

| Date | Reporter | Invoice # |
|------|----------|-----------|
| 5/14/2015 | ASR | 3362 |

Bill To:

Potter, DeAgostino, O'Dea & Patterson
2701 Cambridge Court
Suite 223
Auburn Hills, MI 48326

Ordering Attorney:

Steven M. Potter, Esq.

## Thank you for your business!

| Description | Amount |
|-------------|--------|
| Re: Kristin Punt v. Kelly Services and GE Controls Solutions<br>Civil Action No. 14-CV-2560-CMA-MJW | |
| Original and Etranscript copy of the deposition of: Gordon Punt<br>Includes: Etranscript and filing | 124.80 |
| Appearance Fee - 1 hour | 25.00 |
| Etranscript copy of the deposition of: Elise Soukup, 4/16/15<br>Includes: Etranscript only | 95.00 |
| Etranscript copy of the deposition of: Joy Hansen, 4/16/15<br>Includes: Etranscript only | 125.00 |

RECEIVED
MAY 2 0 2015
BY:

| | |
|---|---|
| **Payments** | $0.00 |
| **Balance Due** | $369.80 |
| **Terms: Net 15** | **Due: 5/29/2015** |

Invoices more than 30 days past due will incur a $10 per month rebilling fee