# DEFENDANT GE CONTROL SOLUTIONS' COST CHART

| | |
|---|---:|
| **Costs incident to taking of depositions:** | **$1,256.70** |
| Deposition of Erin Wilgus (Ex. C to Defendant's MSJ) | $ 200.00 |
| Deposition of Kristin Punt (Ex. D to Defendant's MSJ) | $ 858.00 |
| Deposition of Joy Hansen (Ex. E to Defendant's MSJ) | $ 116.20 |
| Deposition of Tracey Sledge (Ex. F to Defendant's MSJ) | $ 82.50 |

CARPENTER
REPORTING

12510 East Iliff Avenue, Suite 120, Aurora, CO 80014
(303) 752-1200
info@carpenterreporting.com

Austin E. Smith, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC
1700 Lincoln
Suite 4650
Denver, CO 80203

Invoice #
26827

04/28/2015     4829

Re: Punt    v Kelly Services, et al.
Assignment Date: April 14, 2015

Deposition Of Kristin Punt

Original and one copy

==========
Total Amount $     858.00

xx

lh
Thank You.

CARPENTER REPORTING
Federal Tax Id#: 84-1349678



## Payment Receipt

**PayPal transaction number**
4HU014663G055942R

**Total**
$200.00 USD

We'll send a confirmation email to linda.kerman@odnss.com.

**Paid to**
Royal Reporting Services, Inc.
royalreportingservicesinc@gmail.com
(916) 564-0100

## Your shopping cart

| Description | Price | Quantity | Amount |
|---|---|---|---|
| Service | $200.00 | 1 | $200.00 |
|  |  | Item total | $200.00 |
|  |  | Total | $200.00 USD |

340045-247



**REPORTING SERVICES, INC.**
CERTIFIED SHORTHAND REPORTERS

May 19, 2015


OGLETREE DEAKINS
1700 Lincoln Street, Suite 4650
Denver, Colorado 80203

CASE NAME: PUNT VS. KELLY
REFERENCE NUMBER sb18309-4484

Dear Mr. Smith,

The original transcript of Erik Wilgus taken May 5, 2015 in the above referenced matter has been completed.

To receive copies of the transcript please forward a check to our office in the amount of $175.00. If you would like to pay by credit card please call the number below and we can run it through our PayPal account. There will be an additional $25.00 handling fee if you choose to pay by credit card.
If there are exhibits, they will **only** be available for 30 days from receipt of this letter. Upon receipt of your check we will immediately forward the transcripts to you.


Thank you,


Kathryn Byerley
Office Administrator

CC: File

TAX I.D. # 20-3755221

RoyalReporting.net
900 Howe Avenue, Suite 150 Sacramento, California 95825
1.888.9.SETADEPO ❈ 916.564.0100 ❈ RoyalReportingServices Inc@gmail.com



**14143 Denver West Parkway**
**Suite 100**
**Golden, Colorado 80401**
**(303) 202-0210**
**(303) 205-0034 fax**
**EIN # 26-0486204**

# Invoice

| Date | Reporter | Invoice # |
|---|---|---|
| 5/14/2015 | ASR | 3364 |

Bill To:

Ogletree Deakins
1700 Lincoln Street
Suie 4650
Denver, Colorado 80203

Ordering Attorney:

Austin Smith, Esq.

## Thank you for your business!

| Description | Amount |
|---|---|
| Re: Kristin Punt v. Kelly Services and GE Controls Solutions<br>Civil Action No. 14-CV-2560-CMA-MJW | |
| Etranscript copy of the deposition Gordon Punt, 4/16/15<br>Includes: Etranscript only | 70.20 |
| Etranscript copy of the deposition of: Elise Soukup, 4/16/15<br>Includes: Etranscript only | 88.60 |
| ==Etranscript copy of the deposition of: Joy Hansen, 4/16/15==<br>==Includes: Etranscript only== | ==116.20== |
| **Payments** | $0.00 |
| **Balance Due** | $275.00 |
| **Terms: Net 15** | Due: 5/29/2015 |

Invoices more than 30 days past due will incur a $10 per month rebilling fee



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 14547 | 5/4/2015 | 2017661 |
| Job Date | Case No. | |
| 4/20/2015 | 14-CV-02560-CMA-MJW | |
| Case Name | | |
| Kristin Punt v. Kelly Services and GE Controls Solutions | | |
| Payment Terms | | |
| Due upon receipt | | |

Austin E. Smith, Esquire
Ogletree Deakins
Wells Fargo Center
1700 Lincoln Street, Suite 4650
Denver, CO 80203

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Deposition of Tracey Sledge | 33.00 Pages | @ | 2.50 | 82.50 |
| | **TOTAL DUE >>>** | | | **$82.50** |

We appreciate your business!

Payment is not contingent upon client reimbursement.
Unpaid invoices are subject to accrue interest at the rate of 12% per annum after 180 days.

If you have any questions, please call us at 850-837-5078.

**Tax ID:** 61-1578903

*Please detach bottom portion and return with payment.*

Austin E. Smith, Esquire
Ogletree Deakins
Wells Fargo Center
1700 Lincoln Street, Suite 4650
Denver, CO 80203

| | | |
|---|---|---|
| Invoice No. | : | 14547 |
| Invoice Date | : | 5/4/2015 |
| **Total Due** | : | **$ 82.50** |

ORIGINAL

Remit To: **Destin Reporting & Technology Group, LLC**
**36468 Emerald Coast Parkway**
**Suite 2101**
**Destin, FL 32541**

| | | |
|---|---|---|
| Job No. | : | 2017661 |
| BU ID | : | MainOffice |
| Case No. | : | 14-CV-02560-CMA-MJW |
| Case Name | : | Kristin Punt v. Kelly Services and GE Controls Solutions |