**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 6, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

KRISTIN PUNT,

Plaintiff - Appellant,

v.

KELLY SERVICES; GE CONTROLS SOLUTIONS,

Defendants - Appellees.

---------------------------------------------------

THE NATIONAL EMPLOYMENT LAWYERS ASSOCIATION AND THE NATIONAL DISABILITY RIGHTS NETWORK,

Amici-Curiae.

No. 16-1026
(D.C. No. 1:14-CV-02560-CMA-MJW)
(D. Colo.)

---

**JUDGMENT**

---

Before **KELLY**, **McKAY**, and **McHUGH**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

Elisabeth A. Shumaker

ELISABETH A. SHUMAKER, Clerk