**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

Chris Wolpert
Chief Deputy Clerk

August 22, 2017

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE: 16-1026, Punt v. Kelly Services, et al**
Dist/Ag docket: 1:14-CV-02560-CMA-MJW

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker

Elisabeth A. Shumaker
Clerk of the Court

cc: Joan M. Bechtold
Nathalie A. Bleuze
Robert C. Clark
Ralph E. Lamar IV
Rick J. Patterson
Steven M. Potter
Steven R. Reid
Austin Evans Smith

EAS/at